IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00436-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

4.  LUIS GALVAZ-BARAJAS,

      Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      Sentencing is rescheduled to **March 10, 2010, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: November 4, 2009

                                            s/ Jane Trexler, Judicial Assistant